NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THE ESTATE OF JULIA BLANCO-
ALTMAN, by and through PEDRO
GONZALEZ BLANCO, Personal
Representative,

        Appellant,

v.                                                                  Case No. 2D18-160

SPRING LAKE NC, LLC; CLEAR
CHOICE HEALTHCARE, LLC; and
DANIEL MELTON (as to SPRING
LAKE REHABILITATION CENTER,

        Appellees.


Opinion filed October 24, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County; Keith
P. Spoto, Judge.

Joanna Greber Dettloff, Megan L.
Gisclar, and Kathleen C. Knight of
Wilkes & McHugh, PA, Tampa, for
Appellant.

Kirsten K. Ullman, Bruce D. Peisner,
and Lisa M. Albrecht of Ullman Bursa
Law, Tampa, for Appellees.


PER CURIAM.

Affirmed.

KELLY, and SALARIO, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE Concur.